**Francisco OREJEL–GARCIA,
Petitioner,**

**v.**

**Eric H. HOLDER Jr., Attorney
General, Respondent.**

**No. 07–71505.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 28, 2009.

Noam Mendelson, Mendelson & Associates, Daly City, CA, for Petitioner.

Kurt B. Larson, Esquire, Stacy Stiffel Paddack, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Francisco Orejel–Garcia, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, and review de novo questions of law, including claims of due process violations due to ineffective assistance of counsel. *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

We agree with the BIA that Orejel–Garcia's motion failed to demonstrate that the performance by former counsel resulted in prejudice. *See Rojas–Garcia v. Ashcroft,* 339 F.3d 814, 826–27 (9th Cir.2003) (no prejudice where motion failed to present plausible grounds for relief). We reject Orejel–Garcia's contention that the BIA utilized an improper standard in its prejudice determination. *See id.*

To the extent Orejel–Garcia contends that the BIA failed to consider some of the evidence he submitted with the motion to reopen, he has not overcome the presumption that the BIA did review the record. *See Fernandez v. Gonzales,* 439 F.3d 592, 603 (9th Cir.2006).

**PETITION FOR REVIEW DENIED.**

**Kseniya KULYAKINA, Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 07–71721.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 28, 2009.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this is case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Kseniya Kulyakina, Sherman Oaks, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Benjamin J. Zeitlin, Esq., DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

## MEMORANDUM **

Kseniya Kulyakina, a native and citizen of Russia, petitions pro se for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's ("IJ") decision denying her application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Singh v. Ashcroft*, 367 F.3d 1139, 1143 (9th Cir.2004), and we deny the petition for review.

Substantial evidence supports the adverse credibility determination based on the IJ's demeanor finding, *see Singh–Kaur v. INS*, 183 F.3d 1147, 1151 (9th Cir.1999) (special deference given to demeanor findings based on non-verbal communication) and Kulyakina's misrepresentation concerning her home address for purposes of her asylum application, *see Kaur v. Gonzales*, 418 F.3d 1061, 1066–67 (9th Cir. 2005) (lying on an asylum application is an "indication of dishonesty"). In the absence of credible testimony, Kulyakina failed to establish eligibility for asylum or withholding of removal. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

Because Kulyakina's CAT claim is based on the same evidence the agency found not credible and she points to no further evidence to show it is more likely than not she would be tortured if returned to Russia, her CAT claim fails. *See id.* at 1157.

Kulyakina's motion to accept supporting documents is denied.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.